1   WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Terry Fowler, | ) | No. CV 06-2285-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Honeywell International, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Plantiff Terry Fowler's ("Plaintiff") Motion to Continue. (Dkt. 16) Plaintiff requests *inter alia* that the Court continue the Preliminary Pretrial Conference scheduled for June 19, 2007, so that he may hire an attorney to assist in the preparation, presentation and litigation of this case. In their Unilateral Report Re: Rule 26(f) Scheduling Conference (Dkt. 15), Defendant Honeywell International, Inc. ("Defendant") indicated that it would not object to such an extension. Accordingly, the Court will continue the Preliminary Pretrial Conference to allow Plaintiff the opportunity to obtain representation in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's Motion to Continue (Dkt. 16) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for **June 19, 2007**, is **VACATED**.

//

//

1   **IT IS FURTHER ORDERED** that a Preliminary Pretrial Conference shall be
2   held on **August 29, 2007, at 4:00 p.m.** before the Honorable Stephen M. McNamee, in
3   Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington
4   Street, Phoenix, Arizona.
5   **IT IS FURTHER ORDERED** that all provisions of the Court's Order Setting
6   Rule 16 Preliminary Pretrial Conference (Dkt. 14), with the exception of the date changed
7   above, remain in full force and effect.
8   DATED this 18th day of June, 2007.

Stephen M. McNamee
United States District Judge